# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160907(76)
160908

LEAGUE OF WOMEN VOTERS OF
MICHIGAN, MICHIGANDERS FOR FAIR
AND TRANSPARENT ELECTIONS,
HENRY MAYERS, VALERIYA
EPSHTEYN, and BARRY RUBIN,
   Plaintiffs-Appellees,

and

SENATE and HOUSE OF REPRESENTATIVES,
   Intervenors-Appellants,

v

SENATE SECRETARY OF STATE,
   Defendant-Appellee.

   SC: 160907
   COA: 350938
   Ct of Claims: 19-000084-MM

_____/

SENATE and HOUSE OF REPRESENTATIVES,
   Plaintiffs-Appellants,

v

SECRETARY OF STATE,
   Defendant-Appellee.

   SC: 160908
   COA: 351073
   Ct of Claims: 19-000092-MZ

_____/

   On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 13, 2020, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2020



       Clerk